# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUZ GARCIA-ACOSTA,

    Plaintiff(s),

v.

THE TJX COMPANIES, INC.,

    Defendant(s).

Case No. 2:24-cv-00427-NJK

**Order To Show Cause**

Defendant removed this case on diversity jurisdiction grounds. Docket No. 1. The complaint on its face does not show that more than $75,000 is in controversy, but Defendant notes that Plaintiff has identified $24,328.87 in medical specials, *see* Docket No. 1-4 at 5, and made a settlement demand of $125,000, *see* Docket No. 1-5 at 1. It is not clear that these circumstances suffice to demonstrate that the amount in controversy exceeds $75,000. *See, e.g.*, *Randolph v. Albertsons LLC*, 2020 WL 7055894, at *2 (D. Nev. Dec. 2, 2020) (case involving $32,811.24 in medical costs and a settlement demand of $164,800); *Guerrero v. Panda Express, Inc.*, 2019 WL 1933751, at *2 (D. Nev. May 1, 2019) (case involving $17,651.92 in medical costs and a settlement demand of $100,000); *Cayer v. Vons Cos.*, 2017 WL 3115294, at *3-4 (D. Nev. July 21, 2017) (case involving $40,054.76 in actual damages and a settlement demand of $1,000,000); *Hanshew v. Blazin Wings, Inc.*, 2016 WL 7489043, at *2 (D. Nev. Dec. 30, 2016) (case involving $41,537.41 in medical costs and lost wages, and a settlement demand of $325,000).

Accordingly, Defendant is hereby **ORDERED** to show cause in writing, no later than April 10, 2024, why this case should not be remanded for lack of subject matter jurisdiction. Plaintiff must file a response by April 24, 2024. Defendant may file a reply by May 1, 2024.

IT IS SO ORDERED.

Dated: March 27, 2024

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge